

FILED
CLERK, U.S. DISTRICT COURT

JUN 2 2 2011

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION          BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br><br>v.<br><br>Francisco Javier Moravez Lizarraga<br>DEFENDANT(S). | CASE NUMBER<br><br>CR 10-806-R<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |

Upon motion of ___Defendant_____, IT IS ORDERED that a detention hearing is set for ___6/24/11_____, _____, at ___11:00___ ☒.m. / ☐p.m. before the Honorable ___OSWALD PARADA_____, in Courtroom ___3___.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.

*(Other custodial officer)*

Dated: ___6/22/11_____

_____
U.S. District Judge/Magistrate Judge